Law Office of Williams & Associates, PC
Betty J. Williams (SB# 224793)
3600 American River Drive, Suite 135
Sacramento, California 95864
(916) 488-8501
(916) 488-8196 fax

Attorneys for Defendant

United States District Court

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIANT BENSON<br><br>Defendant. | Case No. 2:11-cr-00168-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

Stipulation

This is a tax evasion case involving the years 2004, 2005 and 2006. Defendant needs additional time to review discovery documents provided by Plaintiff and obtain additional discovery documents anticipated by Defendant's counsel that have not yet been provided to Plaintiff. Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for January 6, 2012, may be continued to March 23, 2012 at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of March 23, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a

1
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

speedy trial.

Plaintiff's counsel has authorized defense counsel to sign this stipulation on his behalf.

Dated: January 4, 2012                  LAW OFFICE OF WILLIAMS & ASSOCIATES, PC

by  /s/ Betty J. Williams
Betty J. Williams
Attorney for Defendant
Briant Benson

Dated: January 4, 2012                  BENJAMIN B. WAGNER
United States Attorney

by  /s/ Betty J. Williams for
R. Steven Lapham
Assistant U.S. Attorney

### Order

Good cause appearing, the status conference scheduled for January 6, 2012 is ordered continued to March 23, 2012, at 9:00 a.m. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of March 23, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

**Date: 1/4/2012**

GARLAND E. BURRELL, JR.
United States District Judge