Law Office of Williams & Associates, PC
Betty J. Williams (SB# 224793)
3600 American River Drive, Suite 135
Sacramento, California 95864
(916) 488-8501
(916) 488-8196 fax

Attorneys for Defendant

United States District Court

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIANT BENSON<br><br>    Defendant. | Case No. 2:11-cr-00168-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

<u>Stipulation</u>

This is a tax evasion case involving the years 2004, 2005 and 2006. Defendant is working toward providing Plaintiff with documents and a proffer or proposal to resolve the case short of trial. Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for May 18, 2012, may be continued to August 3, 2012 at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of August 3, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Plaintiff's counsel has authorized defense counsel to sign this stipulation on his behalf.

Dated: May 11, 2012                         LAW OFFICE OF WILLIAMS & ASSOCIATES, PC


                                        by   /s/ Betty J. Williams
                                             Betty J. Williams
                                             Attorney for Defendant
                                             Briant Benson


Dated: May 11, 2012                         BENJAMIN B. WAGNER
                                            United States Attorney

                                        by   /s/ Betty J. Williams
                                             R. Steven Lapham
                                             Assistant U.S. Attorney

### Order

Good cause appearing, the status conference scheduled for May 18, 2012 is ordered continued to August 3, 2012, at 9:00 a.m. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of August 3, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

**Date: 5/15/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge